UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| SHEREETA GUYTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:12-CV-106-JAR |
| ) | |
| PEMISCOT COUNTY SPECIAL ) | |
| SCHOOL DISTRICT, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Plaintiff's Motion for Appointment of Counsel and Affidavit in Support [ECF No. 23]. A review of the docket indicates Plaintiff first requested appointment of counsel on June 22, 2012. (Doc. No. 4) Plaintiff's request was considered in light of relevant factors, see Edwards v. Dwyer, 2008 WL 222511, at *1 (E.D. Mo. Jan. 25, 2008) (citations omitted) and Johnson v. Williams, 788 F.2d 1319, 1322-23 (8th Cir. 1986), and denied without prejudice on October 31, 2012. (Doc. No. 14) The Court finds nothing in the record to cause it to reconsider its previous order denying Plaintiff's motion for appointment of counsel. Again, this case is neither factually nor legally complex. Moreover, Plaintiff has demonstrated that she is able to articulate and present her claims.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Appointment of Counsel [23] is **DENIED** without prejudice.

Dated the 22nd day of April, 2013.

                                                                         _____  
                                                                         JOHN A. ROSS  
                                                                         UNITED STATES DISTRICT JUDGE